**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 08-50555 |
| Plaintiff - Appellee, | D.C. No. 3:08-cr-01345-JLS |
| v. | |
| RAMON GUADALUPE SOBERANES-FIERRO, | MEMORANDUM[*] |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the Southern District of California
Janis L. Sammartino, District Judge, Presiding

Submitted October 19, 2010[**]

Before:     O'SCANNLAIN, TALLMAN, and BEA, Circuit Judges.

Ramon Guadalupe Soberanes-Fierro appeals from the 120-month sentence

imposed following his guilty-plea conviction for importation of cocaine, in

---

[*]     This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

[**]     The panel unanimously concludes this case is suitable for decision
without oral argument.  *See* Fed. R. App. P. 34(a)(2).

violation of 21 U.S.C. §§ 952 and 960.  We have jurisdiction under 28 U.S.C. § 1291, and we affirm.

Soberanes-Fierro contends that the district court erred at sentencing by failing to grant him safety valve relief.  First, and contrary to Soberanes-Fierro's arguments, the record reflects that the district court applied the correct burden of proof in determining whether Soberanes-Fierro provided the government with complete and truthful information concerning the offense.  *See United States v. Ajugwo*, 82 F.3d 925, 929 (9th Cir. 1996) (defendant has burden of proving, by a preponderance of the evidence, that he is entitled to safety valve relief); *United States v. Shrestha*, 86 F.3d 935, 940 (9th Cir. 1996) (burden shifts to government *only after* defendant has made requisite showing).  Additionally, the record reflects that the district court did not clearly err by determining that Soberanes-Fierro failed to meet his burden.  *See Ajugwo*, 82 F.3d at 929-30.

**AFFIRMED**.